

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

George Lynn Tarver, Jr., Appellant

No. 06-19-00165-CR        v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR18-122). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the "Terms of Plea Bargain" section in the judgment to show that it was for confinement in the Institutional Division of the Texas Department of Criminal Justice for a term of no more than four years. As modified, the judgment of the trial court is affirmed.

We note that the appellant, George Lynn Tarver, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 21, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk